UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

-----------------------------------------------------------X

JANE IZZO,

                Plaintiff,

-against-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-----------------------------------------------------------X

18 **CIVIL** 9681 (NSR)(JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2020, MJ McCarthy's R & R is adopted in its entirety. Defendant's motion for Judgment on the Pleadings is DENIED and Plaintiff's cross-motion is GRANTED to the extent of REMANDING the case back to the SSA for further proceedings consistent with the R & R; accordingly, the case is closed.

**Dated:** New York, New York
         March 12, 2020

                                       **RUBY J. KRAJICK**
                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**